IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, Department of Environmental Protection, STATE OF CONNECTICUT, STATE OF MARYLAND, STATE OF NEW JERSEY, and STATE OF NEW YORK<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGHENY ENERGY, INC., ALLEGHENY ENERGY SERVICE CORPORATION, ALLEGHENY ENERGY SUPPLY COMPANY, LLC, MONONGAHEHLA POWER COMPANY, THE POTOMAC EDISON COMPANY, and WEST PENN POWER COMPANY,<br><br>Defendants. | Civil Action No. 05-885 |

## ORDER

AND NOW, this 23rd day of February, 2010, upon consideration of defendants' request for redaction of the January 26, 2010 transcript [doc. no.365] and plaintiffs' response thereto [doc. no. 366], IT IS HEREBY ORDERED THAT the request is GRANTED for the reasons set forth in the prior documents the court placed under seal. The court reporter is directed to redact the following lines of the transcript:

1. page 27, first four words of line 16;

2. page 28, line 2 through page 29, line 2;

3. page 29 line 18 through page 30, line 14;

4. page 32, last six words of line 7 through the first three words of line 9; and

     5.  page 33 lines 11 through 20.

BY THE COURT:

_____, C. J.

cc:     All Counsel of Record