IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, Department of Environmental Protection, STATE OF CONNECTICUT, STATE OF MARYLAND, STATE OF NEW JERSEY, and STATE OF NEW YORK<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGHENY ENERGY, INC., ALLEGHENY ENERGY SERVICE CORPORATION, ALLEGHENY ENERGY SUPPLY COMPANY, LLC, MONONGAHEHLA POWER COMPANY, THE POTOMAC EDISON COMPANY, and WEST PENN POWER COMPANY,<br><br>Defendants. | Civil Action No. 05-885 |

ORDER

AND NOW, this 19th day of April, 2010, upon consideration of plaintiffs' Motion to Set Agenda [doc. no. 375], IT IS HEREBY ORDERED THAT the court will only hear testimony from Jerry L. Golden and Richard A. Rosen at the Daubert hearing to be held April 26 and April 27, 2010. Prior to the testimony, the parties may, if they wish, present argument regarding the relevant motions to the court.

BY THE COURT:

_____, C. J.

cc:      All Counsel of Record