IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, Department of Environmental Protection, STATE OF CONNECTICUT, STATE OF MARYLAND, STATE OF NEW JERSEY, and STATE OF NEW YORK<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGHENY ENERGY, INC., ALLEGHENY ENERGY SERVICE CORPORATION, ALLEGHENY ENERGY SUPPLY COMPANY, LLC, MONONGAHEHLA POWER COMPANY, THE POTOMAC EDISON COMPANY, and WEST PENN POWER COMPANY,<br><br>Defendants. | Civil Action No. 05-885 |

## ORDER

AND NOW, this 13th day of July, 2010, upon consideration of defendants' Motion for a Site View [Doc. No. 389], and plaintiff's opposition thereto [Doc. No. 391] IT IS HEREBY ORDERED THAT the motion is DENIED.

BY THE COURT:

_____, C. J.

cc: All Counsel of Record