IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------x
COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF ENVIRONMENTAL
PROTECTION, STATE OF CONNECTICUT,
STATE OF MARYLAND, STATE OF NEW :  Electronically Filed
JERSEY, and STATE OF NEW YORK,

                Plaintiffs, :  No. 2:05cv885

                v. :  Chief District Judge
                    Gary L. Lancaster

ALLEGHENY ENERGY, INC., ALLEGHENY
ENERGY SERVICE CORPORATION,
ALLEGHENY ENERGY SUPPLY
COMPANY, LLC, MONONGAHELA POWER
COMPANY, THE POTOMAC EDISON
COMPANY, and WEST PENN POWER
COMPANY,

                Defendants.
------------------------------------------------------------x

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION
## FOR LEAVE TO FILE TWO DOCUMENTS UNDER SEAL

For the reasons given in their supporting brief, plaintiffs' motion to file under seal Jerry Golden's July 16, 2010 expert report and one spreadsheet is GRANTED.

                                         _____
                                         Honorable Gary L. Lancaster
                                         Chief District Judge

Dated: August 24, 2010