IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, Department of Environmental Protection, STATE OF CONNECTICUT, STATE OF MARYLAND, STATE OF NEW JERSEY, and STATE OF NEW YORK<br>Plaintiffs,<br><br>v.<br><br>ALLEGHENY ENERGY, INC., ALLEGHENY ENERGY SERVICE CORPORATION, ALLEGHENY ENERGY SUPPLY COMPANY, LLC, MONONGAHEHLA POWER COMPANY, THE POTOMAC EDISON COMPANY, and WEST PENN POWER COMPANY,<br>Defendants. | Civil Action No. 05-885 |

ORDER

AND NOW, this 6th day of October, 2010, upon consideration of defendants' Motion for Judgment as a Matter of Law at the Close of all the Evidence [document #450], IT IS HEREBY ORDERED that the motion is DENIED WITHOUT PREJUDICE.

BY THE COURT:

_____, C.J.
Hon. Gary L. Lancaster,
Chief United States District Judge

cc: All Counsel of Record