IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, Department of Environmental Protection, STATE OF CONNECTICUT, STATE OF MARYLAND, STATE OF NEW JERSEY, and STATE OF NEW YORK<br><br>Plaintiffs,<br><br>v.<br><br>ALLEGHENY ENERGY, INC., ALLEGHENY ENERGY SERVICE CORPORATION, ALLEGHENY ENERGY SUPPLY COMPANY, LLC, MONONGAHEHLA POWER COMPANY, THE POTOMAC EDISON COMPANY, and WEST PENN POWER COMPANY,<br><br>Defendants. | Civil Action No. 05-885 |

ORDER

AND NOW, this 6th day of October, 2010, IT IS HEREBY ORDERED THAT the parties are directed to file proposed findings of fact in the same format as set forth in Local Civil Rule 56. Plaintiffs shall file their proposed findings on or before December 3, 2010. Defendants shall file their response on or before January 18, 2011. The parties' proposed conclusions of law may be submitted as a memorandum in support of their findings of fact.

IT IS HEREBY FURTHER ORDERED THAT the parties must submit their exhibits in support of the proposed findings of fact to the court on an indexed CD(s).

BY THE COURT:

_____, C. J.

cc: All Counsel of Record