IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF CONNECTICUT, STATE OF MARYLAND, STATE OF NEW JERSEY, and STATE OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGHENY ENERGY, INC., ALLEGHENY ENERGY SERVICE CORPORATION, ALLEGHENY ENERGY SUPPLY COMPANY, LLC, MONONGAHELA POWER COMPANY, THE POTOMAC EDISON COMPANY, and WEST PENN POWER COMPANY, <br><br> Defendants. | Civil Action No. 2:05cv0885 <br><br> Chief Judge Gary L. Lancaster |

## ORDER ON CONSENT MOTION TO REFORM THE TRIAL TRANSCRIPTS

Pursuant to the parties' February 25, 2011 Consent Motion to Reform the Trial Transcripts to correct certain typographical mistakes and misstatements in the Court's transcripts from the eight-day trial in this action (Doc. No. 467), IT IS HEREBY ORDERED that the Consent Motion is **GRANTED**. Per the parties' agreement, the trial transcripts are reformed in accordance with the corrections set forth on the joint errata at Attachment A to the Consent Motion.

_____
The Honorable Gary L. Lancaster
Chief United States District Judge

3/1/11