IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF ENVIRONMENTAL PROTECTION, STATE OF CONNECTICUT, STATE OF MARYLAND, STATE OF NEW JERSEY, and STATE OF NEW YORK, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEGHENY ENERGY, INC., ALLEGHENY ENERGY SERVICE CORPORATION, ALLEGHENY ENERGY SUPPLY COMPANY, LLC, MONONGAHELA POWER COMPANY, THE POTOMAC EDISON COMPANY, and WEST PENN POWER COMPANY, <br><br> Defendants. | Civil Action No. 2:05cv0885 <br><br> Chief District Judge Gary L. Lancaster <br><br> Electronically Filed |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiffs Commonwealth of Pennsylvania, Department of Environmental Protection, and the States of Connecticut, Maryland, New Jersey and New York respectfully notify the Court of a recent decision, *United States v. Louisiana Generating, LLC*, Civ. Act. No. 09-100-JJB-CN, 2011 WL 6012997 (M.D. La. Dec. 1, 2011), a copy of which is attached. This decision addresses an issue currently before the Court as it decides liability in this case, holding that a power plant owner's failure to identify all applicable requirements in an application for a Clean Air Act Title V permit creates liability for a violation of Title V. *Id.* at *11-*15.

Dated:  December 20, 2011

        Respectfully submitted,

        DAVID J. RAPHAEL, CHIEF COUNSEL
        COMMONWEALTH OF PENNSYLVANIA
        DEPARTMENT OF ENVIRONMENTAL PROTECTION

        By:  /s/ Marianne Mulroy
            MARIANNE MULROY
            MICHAEL J. HEILMAN
            Assistant Counsel
            400 Waterfront Dr.
            Pittsburgh, PA 15222-4745
            (412) 442-4240
            mmulroy@pa.gov

            ROBERT A. REILEY
            Assistant Counsel
            400 Market Street
            Harrisburg, PA  17105
            (717) 787-0478

*Counsel for the Commonwealth of Pennsylvania, Department of Environmental Protection; Local Counsel for the States of Connecticut, Maryland, New Jersey and New York*


        GEORGE JEPSEN
        ATTORNEY GENERAL
        STATE OF CONNECTICUT

        By:  /s/ Lori DiBella/MM
            LORI DIBELLA
            (Admitted *pro hac vice*)
            Assistant Attorney General
            55 Elm Street, P.O. Box 120
            Hartford, Connecticut 06141-0120
            (860) 808-5250
            Lori.Dibella@ct.gov

*Counsel for the State of Connecticut*

DOUGLAS F. GANSLER
ATTORNEY GENERAL
STATE OF MARYLAND

By: /s/ Mary Raivel/MM
    MARY RAIVEL
    (Admitted *pro hac vice*)
    Assistant Attorney General
    Office of the Attorney General
    Maryland Department of the Environment
    1800 Washington Boulevard, Suite 6048
    Baltimore, MD 21230
    (410) 537-3035
    mraivel@mde.state.md.us

*Counsel for the State of Maryland*

PAULA T. DOW
ATTORNEY GENERAL
STATE OF NEW JERSEY

By: /s/ Lisa Morelli/MM
    LISA MORELLI
    (Admitted *pro hac vice*)
    JON MARTIN
    (Admitted *pro hac vice*)
    Deputy Attorneys General
    Richard J. Hughes Justice Complex
    25 Market Street
    P.O. Box 093
    Trenton, New Jersey 08625-0093
    (609) 633-8109
    lisa.morelli@dol.lps.state.nj.us

*Counsel for the State of New Jersey*

ERIC T. SCHNEIDERMAN
ATTORNEY GENERAL
STATE OF NEW YORK

By:   /s/ Andrew G. Frank/MM
    ANDREW G. FRANK
    (Admitted *pro hac vice*)
    LISA FEINER
    (Admitted *pro hac vice*)
    Assistant Attorneys General
    120 Broadway
    New York, NY  10271
    (212) 416-8446
    andrew.frank@ag.ny.gov

*Counsel for the State of New York*